|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

Gabriel Briscoe, et al.,

      Plaintiff(s),

v.

Bayerische Motoren Werke AG, et al.,

      Defendant(s).

Case No: 17-4320

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Gretchen Freeman Cappio, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Gabriel Briscoe in the above-entitled action. My local co-counsel in this case is Jeffrey Lewis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1201 Third Avenue, Suite 3200<br>Seattle, WA 98101 | 300 Lakeside Drive, Suite 1000<br>Oakland, CA 64612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (206) 623-1900 | (510) 463-3900 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| gcappio@kellerrohrback.com | jlewis@kellerrohrback.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 29576.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 8/3/17

              Gretchen Freeman Cappio
                 APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Gretchen Freeman Cappio is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/14/2017

              *Haywood S. Gill, Jr.*
              UNITED STATES DISTRICT JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 29576 |
| OF | ) | **CERTIFICATE** |
| GRETCHEN FREEMAN CAPPIO | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**GRETCHEN FREEMAN CAPPIO**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 22, 1999, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 19th day of July, 2017.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court