# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Gabriel Briscoe, et al.,

　　　　　　　　　Plaintiff(s),

　　v.

Bayerische Motoren Werke AG, et al.,

　　　　　　　　　Defendant(s).

Case No: 17-4320

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Lynn Lincoln Sarko, an active member in good standing of the bar of D.C., Wash. & Wisconsin, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Gabriel Briscoe in the above-entitled action. My local co-counsel in this case is Jeffrey Lewis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 1201 Third Avenue, Suite 3200<br>Seattle, WA 98101 | 300 Lakeside Drive, Suite 1000<br>Oakland, CA 64612 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (206) 623-1900 | (510) 463-3900 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| lsarko@kellerrohrback.com | jlewis@kellerrohrback.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 370840.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 8/4/17　　　　　　　　　　　　　　　　Lynn Lincoln Sarko
　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of Lynn Lincoln Sarko is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/14/2017　　　　　　　　　　　　　　*Haywood S. Gill, Jr.*
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 16569 |
| OF | ) | **CERTIFICATE** |
| LYNN LINCOLN SARKO | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

## LYNN LINCOLN SARKO

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 12, 1986, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 19th day of July, 2017.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court



Diane M. Fremgen
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

*I, Diane M. Fremgen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*LYNN LINCOLN SARKO*

*was admitted to practice as an attorney within this state on May 18, 1981 and is presently in good standing in this court.*

*Dated: July 20, 2017*

*DIANE M. FREMGEN
Clerk of Supreme Court*



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**LYNN L. SARKO**

was on **JUNE 20, 1983** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **MAY 23, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk